UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF NEW YORK

| | |
|---|---|
| BUILDING TRADES EMPLOYERS' ASSOCIATION on behalf of THE NEW YORK PLAN FOR THE SETTLEMENT OF JURISDICTIONAL DISPUTES,<br><br>       Plaintiff,<br><br>v.<br><br>JOHN E. MARCHELL, in his official capacity as President of LOCAL 3, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS and LOCAL UNION 3, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br>       Defendants,<br><br>LOCAL 1, INTERNATIONAL UNION OF ELEVATOR CONTRUCTORS<br><br>       Applicant for Intervention. | Civil Action No.  1:08-cv-04564 DLC<br><br>**NOTICE OF MOTION TO INTERVENE AS A PLAINTIFF** |

To:   Gregory R. Begg, Esq.
      Attorneys for Plaintiff Building Trades
      Employers' Association on behalf of
      The New York Plan for the Settlement
      Of Jurisdictional Disputes
      41 Madison Avenue, 20th Floor
      New York, New York 10010
      (212) 382-0909

      John E. Marchell
      President, Local 3 International Brotherhood
      of Electrical Workers
      158-11 Harry Van Arsdale Jr Ave.
      Flushing, NY, 11365-3095
      (718) 591-4000

Please take notice that the undersigned, attorney for Applicant for Intervention, Local 1, International Union of Elevator Constructors, will bring the enclosed Motion to Intervene in the above-captioned matter before this Court at 500 Pearl Street, New York, NY 10007-1312 as soon as counsel can be heard.

/s/ Richard H. Markowitz
RICHARD H. MARKOWITZ (RHM5158)
MARKOWITZ AND RICHMAN
121 South Broad Street, Suite 1100
Philadelphia, PA 19107
Ph: (215) 875-3111
Fax: (215) 790-0668
kbrookes@markowitzandrichman.com

Attorney for the Application for Intervention,
   Local 1, International Union of Elevator Constructors

Dated:   May 19, 2008