UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUILDING TRADES EMPLOYERS' ASSOCIATION on behalf of THE NEW YORK PLAN FOR THE SETTLEMENT OF JURISDICTIONAL DISPUTES,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN E. MARCHELL, in his official capacity as President of LOCAL UNION 3, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS and LOCAL UNION 3, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br><br>Defendants. | Civil Action Number: 08-CV-4564<br><br>**CIVIL RULE 7.1 STATEMENT** |

  PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR PLAINTIFF, BUILDING TRADES EMPLOYERS' ASSOCIATION ON BEHALF OF THE NEW YORK PLAN FOR THE SETTLEMENT OF JURISDICTIONAL DISPUTES, A PRIVATE NON-GOVERNMENTAL PARTY, CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, OR PUBLICLY HELD CORPORATIONS THAT OWN 10% OR MORE OF ITS STOCK:

  **NONE**

Dated: New York, New York
   May 19, 2008

By:

Respectfully submitted,
PECKAR & ABRAMSON, P.C.

_____
Gregory R. Begg (GB-0822)
Attorneys for Plaintiff,
Building Trades Employers' Association
on behalf of The New York Plan for the
Settlement of Jurisdictional Disputes
41 Madison Avenue, 20th Floor
New York, New York 10010
(212) 382-0909

LAW OFFICES
**Peckar & Abramson**
A Professional Corporation

265205.01/05/19/08