USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
BUILDING TRADES EMPLOYERS' ASSOCIATION    :
on behalf of THE NEW YORK PLAN FOR THE    :
SETTLEMENT OF JURISDICTIONAL DISPUTES,    :    08 Civ. 4564 (DLC)
               Plaintiff,                 :
                                          :         ORDER
          -v-                             :
                                          :
JOHN E. MARCHELL, in his official         :
capacity as President of LOCAL UNION 3,   :
INTERNATIONAL BROTHERHOOD OF ELECTRICAL   :
WORKERS and LOCAL UNION 3,                :
INTERNATIONAL BROTHERHOOD OF ELECTRICAL   :
WORKERS,                                  :
               Defendants.                :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

   For the reasons stated on the record at a conference held with the parties on June 3, 2008, it is hereby

   ORDERED that the motion to intervene as a plaintiff in this action filed on May 19, 2008, by Local 1, International Union of Elevator Constructors, is granted.

   IT IS FURTHER ORDERED that, on or before June 6, 2008, at noon, the parties may file additional submissions on the sole issue of whether it would be appropriate to stay this action and defer to the related proceedings before the National Labor Relations Board.  Such submissions shall be no longer than five pages in length.

IT IS FURTHER ORDERED that the parties are directed to appear at a conference with the Court on June 10, 2008, at 10:00 a.m., at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 11B.

SO ORDERED:

Dated:   New York, New York
         June 3, 2008

                                                      DENISE COTE
                                    United States District Judge