UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   Via ECF

BUILDING TRADES EMPLOYERS'
ASSOCIATION on behalf of THE NEW
YORK PLAN FOR THE SETTLEMENT OF
JURISDICTIONAL DISPUTES,

        Plaintiff,

                                           Index No.
                                           08-CV-4564
    v.                                        (DLC)

JOHN E. MARCHELL, in his official
capacity as President of LOCAL UNION 3,
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS and LOCAL
UNION 3, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS

        Defendants.

-----------------------------------------------------------------X

### STATEMENT PURSUANT TO FRCP 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Local 3, International Brotherhood of Electrical Workers, AFL-CIO(a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONE

Dated:
New York, New York
June 3, 2008

Respectfully Submitted,

_Norman Rothfeld_
Norman Rothfeld (NR 0639)
Attorneys for Defendant
Local 3, International Brotherhood
of Electrical Workers, AFL-CIO
276 Fifth Ave., Suite 806
New York, New York 10001
212-686-0070