**UNITED STATES DISTRICT COURT**
**SOUTHERN DISCTRICT OF NEW YORK**

BUILDING TRADES EMPLOYERS'    :
ASSOCIATION on behalf of THE NEW    :
YORK PLAN FOR THE SETTLEMENT    :    Civil Action No. 1:08-cv-04564 DLC
OF JURISDICTIONAL DISPUTES,    :

             Plaintiff,    :

      v.    :

JOHN E. MARCHELL, in his official    :
capacity as President of LOCAL 3,    :
INTERNATIONAL BROTHERHOOD    :
OF ELECTRICAL WORKERS and    :
LOCAL UNION 3, INTERNATIONAL    :
BROTHERHOOD OF ELECTRICAL    :
WORKERS,    :
          Defendants,    :

LOCAL 1, INTERNATIONAL UNION    :
OF ELEVATOR CONTRUCTORS,    :

### DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1
### (Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, who is Local 1, International Union of Elevator Constructors, makes the following disclosure:

1.     Is the party a non-governmental corporate party?  **No**

2.     If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

3.     If the answer to Number 1 if "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Date: June 5, 2008

**RICHARD H. MARKOWITZ, ESQUIRE**
(RHM-5158) Attorney for Local No. 1
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107
(215) 875-3111
(215) 790-0668 (Fax)