USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
BUILDING TRADES EMPLOYERS' ASSOCIATION  :
on behalf of THE NEW YORK PLAN FOR THE  :
SETTLEMENT OF JURISDICTIONAL DISPUTES,  :    08 Civ. 4564 (DLC)
                         Plaintiff,     :
                                        :         ORDER
             -v-                        :
                                        :
JOHN E. MARCHELL, in his official       :
capacity as President of LOCAL UNION 3, :
INTERNATIONAL BROTHERHOOD OF ELECTRICAL :
WORKERS and LOCAL UNION 3,              :
INTERNATIONAL BROTHERHOOD OF ELECTRICAL :
WORKERS,                                :
                         Defendants.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

For the reasons stated in the Opinion and Order issued in this action on June 13, 2008, it is hereby

ORDERED that this action is stayed.

IT IS FURTHER ORDERED that, on August 1, 2008, the plaintiffs shall submit a proposed order issuing the preliminary injunction they seek in this action.

IT IS FURTHER ORDERED that, on August 8, 2008, the defendant shall file a submission presenting its position as to why the stay should not be lifted; the plaintiffs' opposition will be due on or before August 15; any reply from the defendant will be due on August 22.

2

IT IS FURTHER ORDERED that at the time any submission is made, the party shall provide two courtesy copies to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         June 13, 2008

                                               DENISE COTE
                               United States District Judge