*Norman Rothfeld*
*Counselor at Law*

(212) 686-0070
FAX: (212) 481-9569

*276 Fifth Avenue, New York, N.Y. 10001*

**MEMO ENDORSED**

August 18, 2008



Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

AUG 20 2008
CHAMBERS OF
DENISE COTE

Re: *Building Trades Employers' etc. v. Marchell, Case No. 08 CIV 4564 (DLC)*
*Local 3's Reply to Plaintiff's Responses to Local 3's Submission*

Enclosed herewith is the NLRB's Decision and Determination of Dispute dated August 15, 2008, which awards the work in dispute to employees represented by Local 3, International Brotherhood of Electrical Workers, AFL-CIO. The Board called attention to the proceeding before this Court in footnote 6 of its Decision.

This Court should dismiss the Complaint based upon the Board's Decision and upon the applicable law set forth in this Court's Opinion and Order dated June 13, 2008, including *Carey v. Westinghouse*, 375 U.S. 261 at 272 (1964).

Respectfully Submitted,

Norman Rothfeld (NR 0639)

cc:    Gregory R. Begg, Esq. (via facsimile)
       Richard Markowitz, Esq. (via facsimile)

NR/cm
S:\MISC\NYRA\Cotteltr8-18-08#2.wpd

*Plaintiff and intervenor shall respond by August 25, 2008.*

*Denise Cote*
*August 20, 2008*