**UNITED STATES DISTRICT COURT**
**SOUTHERN DISCTRICT OF NEW YORK**

| | |
|---|---|
| BUILDING TRADES EMPLOYERS' ASSOCIATION on behalf of THE NEW YORK PLAN FOR THE SETTLEMENT OF JURISDICTIONAL DISPUTES,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN E. MARCHELL, in his official capacity as President of LOCAL 3, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS and LOCAL UNION 3, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,<br>      Defendants,<br><br>LOCAL 1, INTERNATIONAL UNION OF ELEVATOR CONTRUCTORS, | Civil Action No. 1:08-cv-04564 DLC |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1
### (Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, <u>Defendant</u>, who is <u>Local 1, International Union of Elevator Constructors</u>, makes the following disclosure:

1. Is the party a non-governmental corporate party?  <u>**No**</u>

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

3. If the answer to Number 1 if "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Date: <u>June 5, 2008</u>

                                       */s/ Richard H. Markowitz*
                                       **RICHARD H. MARKOWITZ, ESQUIRE**
                                       (RHM-5158) Attorney for Local No. 1
                                       1100 North American Building
                                       121 South Broad Street
                                       Philadelphia, PA 19107
                                       (215) 875-3111
                                       (215) 790-0668 (Fax)